IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2013 OCT 10 PM 3: 06

Rodney Parker #315646
[Enter the full name of the plaintiff in this action]

v.

Warden Stevenson, et al

Enter above the full name of defendant(s) in this action

) Civil Action No. _____
)                    (to be assigned by Clerk)
)
)        COMPLAINT
)        State Prisoner
)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____     No __✓__

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
         (If federal court, name the district; if state court, name the county)

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
         (For example, was the case dismissed? Appealed? Pending?)

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

   A. Name of Prison/Jail/Institution: Lieber Correctional Institution

   B. What are the issues that you are attempting to litigate in the above-captioned case? Negligence, excessive force and cruel and unusual punishment

   C. (1) Is there a prisoner grievance procedure in this institution?  Yes ✓  No ___

      (2) Did you file a grievance concerning the claims you are raising in this matter?  Yes ✓  No ___

      When _____  Grievance Number (if available) _____

   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?  Yes ✓  No ___

   E. When was the final agency/departmental/institutional answer or determination received by you? _____

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?  Yes ✓  No ___

   G. If your answer is YES:

      1. What steps did you take? I filed a complaint

      2. What was the result? No relief for the action I requested

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: Rodney Parker     Inmate No.: 315646
      Address: PO Box 265 Ridgeville, SC 29472

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

   B. Name of Defendant: Stevenson     Position: Warden
      Place of Employment: LCI

   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   Maj. Sutton, Cpt. Washington, Lt. Jackson, Sgt. Esterline, Sgt. J.C. Williams, Ofc. Beckett, Ofc. McCoy, Ofc. Suarez, Ofc. Dooley Nurse K. McCullough, Nurse Jane Doe,

Complaint - State Prisoner
Revised October 3, 2007

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

On March 25, 2011, I got into a dispute with Sgt. Esterline about my legal material that I've been trying to get ever since I came to BRCI. Sgt. Esterline stated that he didn't care if I get my legal material. At that time, I threw feces on Sgt. Esterline. A Force cell movement team was put together, at which time I was extracted from my cell #115. In the process the video footage ran out. For the duration of the time video footage was out, I was severely beaten by the officers. I was kicked, punched, had knees and elbows dropped on me And I was choked unconscious, which resulted in me being badly bruised and banged up. The restraints was placed on my wrist and ankles extremely tight cutting into my skin deeply leaving permanent scarrs on both my wrist and ankles. Also the belly chains were pulled extremely tight cutting into my skin leaving permanent scarrs on my abdomen. I was snatched off the floor by the shackles and cuffs and carried into the SMH sally port where I was again roughly handled. I was then strapped down to a mechanical restraint chair contraption, For 4 hrs. Again, I was extremely strapped down in this contraption adding further damage to my body. I was minimally examined by Nurses who went along with these ofc's unprofessionalism. After 4 hrs of being in the restraint chair I was escorted back to my cell #115, and was completely stripped naked in front of all the ofc.'s, adding to my humiliation. Everything was removed from my cell leaving

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - continued.

Me with only the cold hard steel to sleep on, and cold concrete to walk on. I was left like this for approximately 4 months, which resulted in me suffering mental, physical and emotional trauma. My legs, feet and ankles swole up tremendously as a result of these cruel and unusual conditions I endured. I also had to undergo phychiatric treatment for the trauma I experienced at BRCI. I was sent to Gilliam Psychiatric Hospital for further treatment. I'm currently still taking psychotropic medication as a result of the cruel and unusual punishment I endured at BRCI.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

Wherefore, I would like to receive the following relief from the courts:
1. $100,000 in compensatory damages for the use of excessive force and strip cell
2. $5,000 against each defendant in their individual capacity for excessive force
3. $5,000 against each defendant in their official capacity for excessive force
4. $100,000 in punitive damages for the use of excessive force and strip cell
5. Any and all relief that the courts seem just and fair.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this September day of 22, 20 13.

R. Parker

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007