IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

Rodney Parker,                          )
                                        )
                  Plaintiff,            )
                                        )        C/A No.: 5:13-cv-02795-TLW
vs.                                     )
                                        )
Warden Stevenson; Major Sutton; Captain )
Washington; Lt. Jackson; Sgt. Esterline; )
Sct. JC Williams; Ofc. Beckett; Ofc.    )
McCoy; Ofc. Suarez; Ofc. Dooley; Nurse  )
K. McCullough; and Nurse Jane Doe,      )
                                        )
                  Defendants.           )
_____ )

**ORDER**

On March 27, 2015, this Court adopted the Magistrate Judge's Report and Recommendation and dismissed the above-captioned case. (Doc. #85). On September 23, 2015, the United States Court of Appeals for the Fourth Circuit remanded this matter to this Court for reconsideration of the Defendant's motion for summary judgment in light of the standard set forth for excessive force claims by the United States Supreme Court in Wilkins v. Gaddy, 559 U.S. 34 (2010). (See Parker v. Stevenson, et al., No. 15-6613, attached). Specifically, this Court is to evaluate the amount of force and reasonableness of the force used by the extraction team in connection with the Plaintiff's 42 U.S.C. § 1983 claim of excessive force following the Fourth's Circuit remand and the three errors noted in connection with the Wilkins decision.

Based on the foregoing, this Court remands the above-captioned matter to the Magistrate Judge for further proceedings. The Magistrate Judge is directed to submit a

supplemental Report and Recommendation upon reconsideration of the Plaintiff's excessive force claim.

**IT IS SO ORDERED**.

s/ Terry L. Wooten
TERRY L. WOOTEN
Chief United States District Judge

October 19, 2015
Columbia, South Carolina