UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rodney Parker, | ) | C/A No. 5:13-cv-02795-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Warden Stevenson, Major Sutton, Captain Washington, Lt. Sylvia Jackson, Sgt. Esterline, Sgt. JC Williams, Officer Beckett, Officer McCoy, Officer Suarez, Officer Dooley, Nurse K McCullough, and Nurse Jane Doe, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On December 7, 2015, Defendants filed a Supplemental Motion for Summary Judgment. ECF No. 106. In an order the court advised Plaintiff of the importance of such motions and of the need for him to file adequate response pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975). ECF No. 107. Plaintiff was specifically advised that if he failed to respond adequately, the Defendants' Motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, ECF No. 107, Plaintiff has failed to file a Response to Defendants' Motion. As such, it appears to the court that he does not wish to file a Supplemental Response. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' Supplemental Motion for Summary Judgment by **February 29, 2016**. Plaintiff is further advised that if he fails to respond, the court will

rule on the pending Motion for Summary Judgment, ECF No. 106, without considering a supplemental response from Plaintiff and relying only on Plaintiff's prior Response to Defendants' initial Motion for Summary Judgment, ECF No. 71.

    IT IS SO ORDERED.

February 3, 2016  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge