```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF SOUTH CAROLINA
```

| | | |
|---|---|---|
| Rodney Parker SCDC #315646, | ) | Civil Action No. 5:13-2795-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' DISCLOSURE OF** |
| Warden Stevenson; Major Sutton; | ) | **EXPERT WITNESSES** |
| Captain Washington; Lt. Jackson; Sgt. | ) | |
| Esterline; Sgt. JC Williams; Ofc. Beckett; | ) | |
| Ofc. McCoy; Ofc. Suarez; Ofc. Dooley; | ) | |
| Nurse K. McCullough; and Nurse Jane | ) | |
| Doe, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES the Defendants Stevenson, Sutton, Washington, Jackson, Esterline, Williams, Beckett, McCoy, Suarez, Dooley and McCullough, by and through their counsel who herein designate the following as an expert witness, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

**A. Emmitt L. Sparkman**
   Correctional Consultant
   4783 Wesson Heights Drive
   Olive Branch, Mississippi 38654
   662.231.6872
   ellesparkman@gmail.com

   Mr. Sparkman is a self-employed Correctional Consultant and is expected to testify and offer opinions related to the cause of the alleged incident at issue in the present case. Mr. Sparkman is expected to offer testimony regarding the proper practices and procedures for use of force by officers in correctional institutions. Mr. Sparkman is further expected to testify that the use of force used in the incident was not excessive. A complete copy of Mr. Sparkman's report, including his opinions, the facts and data considered, supporting exhibits, his qualifications, his prior testifying experiences and a statement of his compensation will be produced to Plaintiff's counsel in accordance with Fed.R.Civ.P. 26(a)(2). These Defendants reserve the right to supplement, modify or amend their disclosures prior to trial pursuant to Fed.R.Civ.P. 26(e).

B. **Sherry Dale, L.P.N.**
   Nurse
   Camille Griffin Graham Correctional Institution
   4450 Broad River Road
   Columbia, SC 29210

   Sherry Dale is a Licensed Practical Nurse for the South Carolina Department of Corrections at the Camille Griffin Graham Correctional Institution, but previously worked at Broad River Correctional Institution. She is expected to testify and offer opinions related to the medical treatment offered to Plaintiff following the incident at issue in the present case. Nurse Dale is also expected to offer testimony regarding her observation and assessment of Plaintiff's medical condition after the alleged incident and may authenticate and offer testimony regarding Plaintiff's medical records. A complete copy of Nurse Dale's Affidavit, which was filed with Defendants' Motion for Summary Judgment, will be produced to all counsel in accordance with Fed.R.Civ.P. 26(a)(2). These Defendants reserve the right to supplement, modify or amend their disclosures prior to trial pursuant to Fed.R.Civ.P. 26(e).

C. **Karen McCullough**
   Nurse
   SCDC Mental Health

   Karen McCullough is a nurse for the South Carolina Department of Corrections currently working with SCDC's Mental Health Department but previously worked at Broad River Correctional Institution. She is expected to testify and offer opinions related to the medical treatment offered to Plaintiff following the incident at issue in the present case. Nurse McCullough is also expected to offer testimony regarding her observation and assessment of Plaintiff's medical condition after the alleged incident and may authenticate and offer testimony regarding Plaintiff's medical records. These Defendants reserve the right to supplement, modify or amend their disclosures prior to trial pursuant to Fed.R.Civ.P. 26(e).

[Signature Page to Follow]

Respectfully submitted this the 4th day of May, 2017.

**RICHARDSON, PLOWDEN & ROBINSON, P.A.**

s/ Caleb Martin Riser
Drew Hamilton Butler [Federal Id. 8083]
Caleb M. Riser [Federal Id. 10666]
171 Church Street, Suite 150
Charleston, SC 29401
(843) 805-6550

-And-

1900 Barnwell Street
Columbia, SC 29201
(803)771-4400
*Attorney for Defendants*